IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TRACI DANIEL ENOS, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Civil Action No. 9:06-CV-58 |
| BURKE CENTER, | § | |
| | § | |
| *Defendants.* | § | JUDGE RON CLARK |

## FINAL JUDGMENT

This matter came on before the Court for trial by jury on March 26, 2006. The Court empaneled a jury of seven qualified jurors. The Court submitted the claims to the jury, and the Verdict of the Jury was in favor of Defendant Burke Center on all of Plaintiff's claims. The Court accepted the verdict and discharged the jury.

IT IS THEREFORE ORDERED that all of Plaintiff Traci Daniel Enos' claims against Defendant Burke Center are **DISMISSED**.

IT IS FURTHER ORDERED that, in accordance with the verdict of the jury, Plaintiff shall take nothing from her claims against Defendant Burke Center. Costs are taxed against Plaintiff Traci Daniel Enos, and all relief not specifically granted herein is denied. This is a final judgment disposing of the claims of all parties and is appealable.

So **ORDERED** and **SIGNED** this **29** day of **March, 2007.**

_____
Ron Clark, United States District Judge